# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| NUTRITION DISTRIBUTION, LLC, | Case No.: 17-CV-1688 W (NLS) |
|---|---|
| Plaintiff, | **ORDER:** |
| v. | |
| WICKED NUTRITION LABS, LLC, et al., | **(1) GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO AUTHORIZE ALTERNATIVE SERVICE PURSUANT TO RULE 4(e) [DOC. 5]; AND** |
| Defendants. | **(2) GRANTING PLAINTIFF'S MOTION TO SERVE PROCESS OUTSIDE 90-DAY PERIOD [DOC. 5]** |

Pending before the Court is Plaintiff's motion to authorize alternative service pursuant to Fed. R. Civ. P. 4(e), and to extend the time for service pursuant to Fed. R. Civ. P. 4(m). [Doc. 5.] The Court decides the matter without oral argument pursuant to Civil Local Rule 7.1(d)(1). For the reasons that follow, the Court **GRANTS IN PART AND DENIES IN PART** Plaintiff's motion to authorize alternative service via the Oregon Secretary of State, and **GRANTS** plaintiff's motion to authorize service outside the 90-day period authorized by Rule 4(m).

//

1

## I. BACKGROUND

Plaintiff filed this action on August 22, 2017. (*Compl.* [Doc. 1].) Despite six attempts to serve Defendants since then, Plaintiff has thus far been unable to serve process through ordinary means. (*See Pl.'s Mot.* [Doc. 5-1] 1:18–3:25; *Tauler Decl.* [Doc. 5-8] ¶¶ 3–15.)

## II. LEGAL STANDARD

Federal Rule of Civil Procedure 4(e) provides, *inter alia*:

**Unless federal law provides otherwise, an individual--other than a minor, an incompetent person, or a person whose waiver has been filed--may be served in a judicial district of the United States by:**

**(1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made.**

Fed. R. Civ. P. 4(e).

Or. Rev. Stat. § 63.121 provides:

**The Secretary of State shall be an agent of a limited liability company including a dissolved limited liability company upon whom any such process, notice or demand may be served whenever the limited liability company fails to appoint or maintain a registered agent in this state or whenever the limited liability company's registered agent cannot with reasonable diligence be found at the registered office.**

Or. Rev. Stat. § 63.121(2).

Federal Rule of Civil Procedure 4(m) authorizes an extension of the 90-day window for service of process for good cause.

## III. DISCUSSION

Plaintiff has tried and failed six times to serve Defendant Giles, who is the owner and registered agent of Defendant Wicked Labs LLC, via other means over roughly five months—between August, 2017 and November, 2017. (*See Pl.'s Mot.* [Doc. 5-1] 1:18–3:25; *Tauler Decl.* [Doc. 5-8] ¶¶ 3–15.)

Oregon Law and the Federal Rules of Civil Procedure provide for service on Defendant Wicked Labs LLC through service on the Oregon Secretary of State whenever

2

17-CV-1688 W (NLS)

1 | the LLC's registered agent cannot be found with reasonable diligence.  <u>See</u> Fed. R. Civ.
2 | P. 4(e); Oregon Rev. Stat. 63.121.  Such is the case here.  Defendant Wicked Labs LLC
3 | may be served through service on the Oregon Secretary of State pursuant to Rule 4(e) and
4 | Oregon Rev. Stat. 63.121.

However, there are two defendants in this case.  Plaintiff's motion does not distinguish between them, and it does not clarify how the relevant legal authorities might authorize service on an individual through service on the Oregon Secretary of State.  As such, Plaintiff's motion to authorize alternative service on Defendant Giles through this method will be denied.

It is clear that extenuating circumstances have prevented Plaintiff from complying with the 90-day deadline for service imposed by Federal Rule of Civil Procedure 4(m).  As Plaintiff demonstrates good cause, the time for service is extended by an additional 180 days.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

## IV. CONCLUSION & ORDER

For the reasons stated above, the Court **GRANTS IN PART AND DENIES IN PART** Plaintiff's motion to effect alternative service upon Defendants per the terms of Rule 4(e). [Doc. 5.]

Specifically, Plaintiff's motion to serve Defendant Wicked Labs LLC through service on the Oregon Secretary of State pursuant to Or. Rev. Stat. § 63.121(2) is **GRANTED**. Plaintiff's motion to serve Defendant Jeremy Giles in his individual capacity through this method is **DENIED**.

Plaintiff's motion for an extension of time to complete service is granted. Plaintiff will have an additional 180 days to complete service, beyond the 90 days contemplated by Rule 4(m).

**IT IS SO ORDERED.**

Dated: March 26, 2018

Hon. Thomas J. Whelan
United States District Judge